

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HOMERO RIVERA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-123 |
| | § | |
| A. D. WELDING SERVICES, INC. | § | |

### COMPLAINT UNDER FAIR LABOR STANDARDS ACT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Homero Rivera for his complaint against Defendant A. D. Welding Services, Inc. alleges as follows:

1. Plaintiff is a resident of Cameron County, State of Texas.

2. Plaintiff brings this action to recover from Defendant unpaid wages and overtime compensation in the amount of $11,031.52, and an additional equal amount of liquidated damages, and a reasonable attorney fee, pursuant to Section 16(b) of the Fair Labor Standards Act of 1938 as amended (U.S.C. Title 29, Section 216(b)), hereinafter referred to as the Act.

3. Jurisdiction is conferred on the Court by Section 16(b) of the Act (U.S.C. Title 29, Section 216(b)).

4. At all times herein set forth, the Defendant was an employer within the definition of the Fair Labor Standards Act of 1938, § 3, 29 U.S.C. § 203, and Plaintiff was at all times herein set forth an employee within the definition of the section.

5. At all times hereinafter mentioned, the Defendant was and is a corporation organized and existing by virtue of the laws of the State of Texas, and at all times hereinafter mentioned was engaged in business at Port Brownsville,

Cameron County, Texas, in its operation primarily of providing temporary employees on a temporary or continuing basis for a fee. Said defendant primarily provided welders, pipe fitters, carpenters and other skilled employees to Amfels Shipyard, a ship building and ship repair company serving the oil exploration and production industry in interstate commerce. Defendant has been in operation for over ten years and its annual dollar volume has exceeded $500,000 for each of the two preceding years.

6. During the work weeks July 12, 1999 ending on April 3, 2000, the Defendant employed the Plaintiff as a clerical worker, yard coordinator, maintenance worker and other manual labor at Defendant's yard at Port Brownsville, Texas. The services performed by the Plaintiff were necessary and an integral part of and directly essential to the Defendant's business in providing skilled personnel to Amfels Shipyard.

7. During the period covered by the employment, the Plaintiff has performed overtime work totaling approximately 560.26 hours for which no additional compensation was paid to him by the Defendant in violation of the provisions of the Act.

8. Under the provisions of the Act as provided in 29 U.S.C. §§ 207, 216, there is due and owing from the Defendant to the Plaintiff as compensation for overtime work the sum of $11,031.52 as nearly as the same can presently be estimated, plus an additional equal amount as liquidated damages.

9. It has been necessary for the Plaintiff to engage, and he has engaged, the services of the undersigned attorney to file and prosecute this action.

WHEREFORE, Plaintiff Homero Rivera prays that judgment be awarded him against Defendant A. D. Welding Services, Inc. in the sum of $11,031.52 for overtime compensation, and for an additional equal amount as liquidated damages, together with prejudgment interest and costs, and that the Court allow Plaintiff

reasonable attorney fees to be paid by the Defendant, and for such other and further relief to which Plaintiff may justly entitled at law and in equity.

Respectfully submitted,

*Jack G. Carinhas, Jr*.
Fed. I.D. 1179
SB # 03795000
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone:  956/542-9161
Telefax:    956/542-3651

COMPLAINT UNDER FAIR LABOR STANDARDS ACT                                    Page - 3

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| HOMERO RIVERA | **SUMMONS IN A CIVIL ACTION** |
| V. | CASE NUMBER: |
| A. D. WELDING SERVICES, INC. | B-01-123 |

TO: (Name and Address of Defendant)

A.D. Welding Services, Inc., Defendant
Alfredo de la Fuente, its Registered Agent
1708 Southmost Road
Brownsville, Texas 78521

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk                                      7-12-01
CLERK                                                         DATE

_____[signature]_____
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                *Date*                                   *Signature of Server*

                                          _____
                                                        *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 1:01-cv-00123   Document 1   Filed in TXSD on 07/12/2001   Page 6 of 6

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

United States District Court
Southern District of Texas
FILED

JUL 1 2 2001

Michael N. Milby
Clerk of Court

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

HOMERO RIVERA

**DEFENDANTS**

A. D. WELDING SERVICES, INC.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Cameron
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Tx 78521
Tel: 956/542-9161

**ATTORNEYS (IF KNOWN)**

B-01-123

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **HABEAS CORPUS:** | | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | ☐ 791 Empl Ret Inc Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Claim for overtime compensation, liquidated damages and attorney fees under Fair Labor Standards Act, Title 29 U.S.C. 207, 216(b)

**VII. REQUESTED IN COMPLAINT:**   CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23   **DEMAND $** 22,063.04   CHECK YES only if demanded in complaint:  **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE 7/12/01   SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY

RECEIPT # ____   AMOUNT ____   APPLYING IFP ____   JUDGE ____   MAG JUDGE ____

ClibPDF - www.fastio.com