AO 440 (Rev. 1/90) Summons in a Civil Action

B-01-123  3

# RETURN OF SERVICE

United States District Court
Southern District of Texas
FILED

JUL 17 2001

Michael N. Milby
Clerk of Court

Service of the Summons and Complaint was made by me[1]

DATE 7/17/01

NAME OF SERVER (PRINT) Gabriel Vega Jr.

TITLE Lone Star Civil Process

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left copies at the defendants usual place of business with a person of suitable age and discretion then employed therein.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 35.00 | 35.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/17/01
         Date

Signature of Server

943 N. Expy #15-165
Address of Server
Brownsville, Texas 78520    956-546-2616

United States District Court
Southern District of Texas
RECEIVED

JUL 17 2001

Michael N. Milby, Clerk

@ 2:26 pm

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| HOMERO RIVERA | SUMMONS IN A CIVIL ACTION |
| V. | CASE NUMBER: **B-01-123** |
| A. D. WELDING SERVICES, INC. | |

TO: (Name and Address of Defendant)

A.D. Welding Services, Inc., Defendant
Alfredo de la Fuente, its Registered Agent
1708 Southmost Road
Brownsville, Texas 78521

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk             7-12-01
CLERK                                DATE

_[signature]_
BY DEPUTY CLERK