4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HOMERO RIVERA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-123 |
| | § | |
| A. D. WELDING SERVICES, INC. | § | |

## LIST OF INTERESTED PARTIES

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW **Homero Rivera** Plaintiff in the above-entitled and numbered cause, and in accordance with the Court's Order of July 12, 2001 files the following list of individuals or entities having a financial interest in this litigation:

1)  Homero Rivera
    3155 E. 26th Street, Brownsville, Texas 78521, Plaintiff

2)  A. D. Welding Services, Inc., Alfredo de la Fuente, its registered agent, 1708 Southmost Road, Brownsville, Texas 78521, Defendant

3)  Jack G. Carinhas, Jr.
    Attorney for Plaintiff
    302 Kings Highway, Suite 109, Brownsville, TX 78521;

Respectfully submitted,

Jack G. Carinhas, Jr.
Fed I.D. #1179
S.B. #03795000
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Tel:  956/542-9161
Fax: 956/542-3651

Attorney-in-Charge for Plaintiff

Attorney-in-Charge for Plaintiff

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing pleading was served on A. D. Welding Services, Inc., Defendant through its registered agent Mr. Alfredo de la Fuente, 1708 Southmost Road, Brownsville, Texas 78521, by First Class letter, postage prepaid and properly addressed on this 30th day of July, 2001.

_____
Jack G. Carinhas, Jr.