EXTRA COPY 6

011

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
FILED

AUG 0 7 2001

Michael N. Milby
Clerk of Court

HOMERO RIVERA, §
§
§
Plaintiff, §
§
Vs. §
§
§ Case No. B-01-123
§
A. D. WELDING SERVICES, INC., §
§
§
Defendant. §

---

DEFENDANT A. D. WELDING SERVICE, INC.'S
LIST OF INTERESTED PARTIES

---

1.  COMES NOW DEFENDANT A. D. WELDING SERVICE, INC., defendant in the above case, and pursuant to the court's order dated July 12, 2001, mailed by plaintiff's counsel to defendant on July 30, 2001, received by defendant August 1, 2001, files this list of all entities that are financially interested in this litigation.

2.  List of entities:   1) Plaintiff Homero Rivera, 3155 East 26th Street, Brownsville, TX 78521; 2) Mr. Jack Carinhas, Jr.; 302 Kings Highway - Suite 109, Brownsville, TX 78521, attorney for plaintiff; 3) Defendant A. D. Welding Service Inc., 1708 Southmost Road, Brownsville, TX 78521; 4) Mr. Alfredo De La Fuente, President, A. D. Welding Service Inc., 1708 Southmost Road, Brownsville, TX 78521; and, 4) Mr. David Horton (David Horton,

P.C.), NEEL & HORTON, L.L.P., Post Office Box 2159, South Padre Island, TX 78597, attorney for defendant.

Respectfully Submitted,

NEEL & HORTON, L.L.P.

*/s/ David Horton*

David Horton
SBOT No. 10014500
USDCSDTX Bar No. 3804
NEEL & HORTON, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
956.761.6644 Telephone
956.761.7424 Telecopier

Attorney for Defendant
A. D. WELDING SERVICE, INC.

Date: 08/06/01

## CERTIFICATE OF SERVICE

I served a copy of this document on counsel of record, to-wit:

Mr. Jack Carinhas, Jr.
SBOT No. 03795000
USDCSDTX Bar No. 1179
302 Kings Highway - Suite 109
Brownsville, TX 78521
956.542.9161 telephone
956.542.3651 telecopier,     via: FCM ,

by means stated above on the 06 day of AUGUST, 20 01.

*/s/ David Horton*
David Horton

DEFENDANT A. D. WELDING SERVICE, INC.'S
LIST OF INTERESTED PARTIES                                              2