IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**FILED**

NOV 0 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HOMERO RIVERA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-123 |
| | § | |
| A. D. WELDING SERVICES, INC. | § | |

PLAINTIFF HOMERO RIVERA'S
RULE 26 INITIAL DISCLOSURES

Pursuant to Fed.R.Civ.P. 26(a), Jack G. Carinhas, Jr., Attorney for Plaintiff Homero Rivera, hereby makes the following Initial Disclosures:

(1)(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

    a)     Plaintiff Homero Rivera, 3155 E. 26th Street, Brownsville, Texas has knowledge regarding liability and damage issues.

    b)     Alfredo de la Fuente, 1708 Southmost Road, Brownsville, Texas 78521, may have knowledge regarding liability and damage issues.

    c)     Custodian of Records of Defendant A. D. Welding Services, Inc., 1708 Southmost Road, Brownsville, Texas 78521, who has custody of Defendant's records.

    d)     Juan M. Garcia, Jr., Investigator, U.S. Department of Labor, Wage and Hour Division, 320 N. Main, Room 238, McAllen, Texas 78501 (telephone 956/682-4631), may have knowledge regarding liability and damage issues.

    e)     Luis Leija, 324 Azucena, Brownsville, Texas, (telephone 956/546-5497), may have knowledge regarding liability and damage issues.

    f)     Daniel Salvador Murillo, 1565 Zamora Lane, Brownsville, Texas 78521 (telephone 956/544-6154), may have knowledge regarding liability and damage issues.

g)   Abel Rivera, 234 Avenida de la Plata, Brownsville, Texas 78521 (telephone 956/546-5712) may have knowledge regarding liability and damage issues.

h)   Eliseo Cobos, 720 Ripplewind Way, Brownsville, Texas 78521, (telephone 956/350-4783) may have knowledge regarding liability and damage issues.

(1)(B) A copy, or a description by category and location of, all documents, data compilations, and tangible things relevant to disputed facts alleged with particularity in the pleadings:

Plaintiff Homero Rivera in accordance with Fed.R.Civ.P. 26(a), hereby discloses that the following categories of documents are available for inspection and review at the Law Office of Jack G. Carinhas, Jr., 302 Kings Highway, Suite 109, Brownsville, Texas 78521, and will be made available at a mutually convenient time:

a)   U.S. Department of Labor, Wage and Hour Division correspondence;

b)   U.S. Department of Labor, Wage and Hour Division, Employee's Claim;

c)   U.S. Department of Labor, Wage and Hour Division Employee Personal Interview Statement;

d)   U.S. Department of Labor, Wage and Hour Division Summary of Unpaid Wages;

e)   U.S. Department of Labor, Wage and Hour Division Time Study Analysis;

(1)(C) A computation of any category of damages claimed:

a)   During the work weeks July 12, 1999 ending on April 3, 2000 Plaintiff performed overtime work totaling approximately 560.26 hours for which no additional compensation was paid to him in the sum of $11,031.52 as nearly as the same can presently be estimated, plus an additional equal amount as liquidated damages.

b)   Plaintiff claims attorney fees and expenses which are estimated to be at least $10,000 through trial.

(1)(D) A copy of any insurance agreement:

None.

The undersigned attorney, as attorney of record for the Plaintiff, certifies that a true and correct copy of the attached document has been served upon opposing counsel by the method of service indicated below on this the 2nd day of November, 2001.

Respectfully submitted,

_____
Jack G. Carinhas, Jr.
USDC No. 1179
S.B. #03795000
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone: 956/542-9161
Telefax:    956/542-3651

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing discovery pleading was served on Mr. David Horton, Neel & Horton, L.L.P., Post Office Box 2159, South Padre Island, Texas 78597, by First Class Letter, postage prepaid and properly addressed on this 2nd day of November, 2001.

_____
Jack G. Carinhas, Jr.

PLAINTIFF HOMERO RIVERA'S RULE 26 INITIAL DISCLOSURES                Page - 3