# Civil Courtroom Minutes

9

United States District Court
Southern District of Texas
FILED

NOV 19 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Roberts    Lehrman |
| DATE | 11 / 19 / 01 |
| TIME | ___ a.m.    ___ a.m.<br>2:15 p.m.   2:20 p.m. |
| CIVIL ACTION | B / 01 / 123 |
| STYLE | Homero Rivera<br>*versus*<br>A.D. Welding Services |

DOCKET ENTRY

(HGT)  ■ Initial Pre-Trial Hearing;        (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):    Jack G. Carinhas

Attorney(s) for Defendant(s):   David L. Horton

Comments:

    The Judge asked the attorneys where matters stood regarding arbitration/mediation. Mr. Carinhas stated that they have discussed arbitration, but currently are in settlement discussions. He noted that his client is a welder in Virginia and that this is slowing down the process. The Judge advised the parties that Magistrate Judge Recio is available for mediation. Mr. Carinhas stated they had not discussed mediation, only binding arbitration, but failing arbitration, mediation would be fine. Mr. Horton stated they were trying to settle, but absent settlement, they had agreed to binding arbitration. The Judge encouraged them to consider mediation as it is free and ordered the parties to submit a status report by January 15th regarding settlement, as well as arbitration or mediation plans as appropriate.