10

031                          In The
                UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                      Brownsville  Division

| | | |
|---|---|---|
| HOMERO RIVERA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| Vs. | § | |
| | § | Case No. B-01-123 |
| A. D. WELDING SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
FILED

JAN 0 9 2002

Michael N. Milby
Clerk of Court

------------------------------------------------------------
**NOTICE OF SETTLEMENT**
Pursuant to Rule 10 - LOCAL RULES OF THE USDC-SDTX
------------------------------------------------------------

1.  APPEARS NOW counsel for defendant A. D. Welding Service Inc., and pursuant to Rule 10 of the Local Rules of the United States District Court for the Southern District of Texas, advises the court that the parties have settled all matters at issue herein. Settlement papers, including a Stipulation of Dismissal with Prejudice, pursuant to Rule 41(a)(1)(ii) - Federal Rules of Civil Procedure, and now being circulated for signature. The parties expect to file the stipulation on or before January 11, 2002.

2.  As provided by Rule 41(a)(1)(ii) - Federal Rules of Civil Procedure, the filing of the stipulation will effect the immediate dismissal of this case with prejudice.

3.  The parties assume this settlement and these arrangements will eliminate the need for the status conference now set for January 15, 2002.

STIPULATION OF DISMISSAL WITH PREJUDICE                               1

        Respectfully Submitted,

        NEEL & HORTON, L.L.P.

*David Horton*

David Horton
SBOT No. 10014500
USDCSDTX Bar No. 3804
NEEL & HORTON, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
956.761.6644 Telephone
956.761.7424 Telecopier

Attorney for Defendant
A. D. WELDING SERVICE, INC.

## CERTIFICATE OF SERVICE

    I served a copy of this document on counsel of record, to-wit:

Mr. Jack Carinhas, Jr.
SBOT No. 03795000
USDCSDTX Bar No. 1179
302 Kings Highway - Suite 109
Brownsville, TX 78521
956.542.9161 telephone
956.542.3651 telecopier,

by hand delivery on Wednesday, January 11, 2002.

*D Horton*

David Horton

STIPULATION OF DISMISSAL WITH PREJUDICE        2