11

030

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
FILED

JAN 1 0 2002

Michael N. Milby
Clerk of Court

HOMERO RIVERA, §
§
        Plaintiff, §
§
Vs. §
§   Case No. B-01-123
A. D. WELDING SERVICES, INC., §
§
        Defendant. §

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**
Pursuant to Rule 41(a)(1)(ii) – Federal Rules of Civil Procedure

---

COME NOW plaintiff Homero Rivera and defendant A. D. Welding Service Inc., all parties who have appeared herein, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, announce to the Clerk that they have settled all matters at issue herein, and file this their *STIPULATION OF DISMISSAL WITH PREJUDICE*, thereby causing this case to be DISMISSED WITH PREJUDICE, effective on the date this paper is filed.

                              Respectfully Submitted,

*/s/ David Horton*
David Horton
NEEL & HORTON, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
956.761.6644 Telephone
956.761.7424 Telecopier

Attorney for Defendant
A. D. WELDING SERVICE, INC.
Date: 01/09/02
Fed ID #3804
SB #10014500

*/s/ Jack Carinhas, Jr.*
Jack Carinhas, Jr.
Attorney and Counselor at Law
302 Kings Highway – Suite 109
Brownsville, Texas 78521
956.761.6644 Telephone
956.761.7424 Telecopier

Attorney for Plaintiff
HOMERO RIVERA
Date: 01/09/02
Fed ID #1179
SB #03795000

STIPULATION OF DISMISSAL WITH PREJUDICE                                      1