United States District Court
Southern District of Texas
ENTERED

JAN 1 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HOMERO RIVERA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION B-01-123 |
| | § | |
| | § | |
| A.D. WELDING SERVICES, | § | |
| | § | |
| Defendant. | § | |

## Final Order of Dismissal

BE IT REMEMBERED that on January 11, 2002, the Court considered the Parties' Stipulation of Dismissal [Dkt. No. 11].

1. The Court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice. All Parties shall bear their own costs.

2. The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 11th day of January, 2002.

_____
Hilda G. Tagle
United States District Judge